UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| OmniQuip Textron Inc., a Delaware corporation, Plaintiff, vs. Road Machinery & Supplies Co., a Minnesota corporation, Defendant. | **Court File No. 02-CV-291 DSD/JMM** **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT FOR DECLARATORY JUDGMENT** |

## STIPULATION

The parties, by and through their undersigned counsel, hereby stipulate and agree that defendant Road Machinery and Supplies Co. may and shall have until March 20, 2002, to file its answer to plaintiff's Complaint for Declaratory Judgment in the above-captioned action.

Dated: March 4, 2002

**FAEGRE & BENSON LLP**

John Edward Connelly (#237656)
Charles F. Webber (#215247)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**Attorneys for Plaintiff OmniQuip Textron, Inc.**

FILED MAR 06 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: March 5, 2002

**DADY & GARNER, P.A.**

Jennifer L Gehrig

J. Michael Dady (#2062X)
Jennifer L. Gehrig (#285596)
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 359-9000

**Attorneys for Defendant Road Machinery & Supplies Co.**

**ORDER**

The foregoing stipulation is **APPROVED** and it is hereby **ORDERED** that the time for defendant Road Machinery and Supplies Co. to answer the Complaint for Declaratory Judgment in this action is hereby extended through and including March 20, 2002.

Dated: 3/5, 2002.

The Honorable John M. Mason
United States Magistrate Judge

M2:20446679.01