**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| OmniQuip Textron Inc.,<br>a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Road Machinery & Supplies Co.,<br>a Minnesota corporation,<br><br>Defendant. | **Court File No. 02-CV-291 DSD/JMM**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO COUNTERCLAIM** |

**STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate and agree that plaintiff and counterclaim defendant OmniQuip Textron, Inc. may and shall have until April 8, 2002, to file its reply to defendant's Counterclaim in the above-captioned action.

Dated: March 26, 2002

**FAEGRE & BENSON LLP**

John Edward Connelly (#237656)
Charles F. Webber (#215247)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**Attorneys for Plaintiff OmniQuip Textron, Inc.**

APR 05 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: ~~March~~ April 1, 2002

**DADY & GARNER, P.A.**

J. Michael Dady (#2062X)
Jennifer L. Gehrig (#285596)
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 359-9000

**Attorneys for Defendant Road Machinery & Supplies Co.**

**ORDER**

The foregoing stipulation is **APPROVED** and it is hereby **ORDERED** that the time for plaintiff and countercalim defendant OmniQuip Textron, Inc. to answer defendant's Counterclaim in this action is hereby extended through and including April 8, 2002.

Dated: 4/5, 2002.

The Honorable John M. Mason
United States Magistrate Judge

M2:20446679.01