UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OMNIQUIP TEXTRON INC., CIVIL NO. 02-291 (DSD/JMM)

Plaintiff,

v. PRETRIAL SCHEDULING ORDER

ROAD MACHINERY & SUPPLIES CO., INC.,

Defendant.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings/Disclosures

April 26, 2002 - All pre-discovery disclosures required by Rule 26(a)(1) shall be completed.

May 1, 2002 - All motions which seek to amend the pleadings or add parties must be served and filed.

Discovery/Nondispositive Motions

August 26, 2002 - Deadline for service of dispositive motions.

September 16, 2002 - Deadline for service of response memoranda to dispositive motions.

September 23, 2002 - Deadline for service of reply memoranda on dispositive motions and filing of all motion papers.

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared

APR 15 2002
Filed__________
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

and signed by the expert witness, shall be made as follows:

November 10, 2002 - By any party as to any issue on which it has the burden of proof, and any other expert report not a response or a rebuttal.

December 1, 2002 - By any party desiring to present expert evidence in response to the expert reports of the party with the burden of proof.

December 20, 2002 - All discovery of any kind shall be commenced in time to be completed by this date.

December 23, 2002 - All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Nondispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge John M. Mason, (651) 848-1190. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing.

Trial

This case shall be ready for Jury trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than January 1, 2003.

General

The Court does not expressly limit the number of depositions or written discovery devices which may be employed by the parties. The attention of the parties is called to the provisions of Rule 26(g). If necessary, the Court will rule on objections to specific discovery. See also Rule 37(a)(4).

Each party may depose no more than 2 experts.

Each party may call no more than 2 experts at trial.

Dated: April 15, 2002

JOHN M. MASON
United States Magistrate Judge