UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OFFICE OF THE CLERK

U.S. COURTHOUSE
300 SOUTH 4TH STREET, SUITE 202
MINNEAPOLIS, MN 55415

RICHARD D. SLETTEN, CLERK
(612) 664-5000

Case Number:

PETITION FOR ADMISSION PRO HAC VICE

Affidavit of Movant

I, John Edward Connelly, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice Jon P. Christiansen, an attorney admitted to practice in the Eastern and Western Districts of Wisconsin and the Seventh Circuit Court of Appeals, but not admitted to the bar of this court, who will be counsel for the plaintiff OmniQuip Textron, Inc. in the cause listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of these cases, and that I accept service of all papers served.

6/21/02
(Date)

(Signature)

Minnesota Attorney
License Number: 237656

Law Firm: Faegre & Benson LLP
Suite/Bldg: 2200 Wells Fargo Center
Street Address: 90 South Seventh Street
City, State Zip: Minneapolis, MN 55402
Telephone: (612) 766-7000

Affidavit of Proposed Admittee

I, Jon P. Christiansen, am currently a member in good standing of the U.S. District Courts for the Eastern and Western District of Wisconsin and the Seventh Circuit Court of Appeals, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number: 02-CV-291 DSD/~~JMM~~ SRN Judge Assigned: John M. Mason
Case Title: OmniQuip Textron, Inc. and Trak International, Inc. v. Road Machinery & Supplies Co.

6-13-02
(Date)

Jon P. Christiansen
(Type/Print Name)

(Signature)

[redacted]
(Social Security No.)

WIBN 1016089
(Atty. License No.)

9/76
(Date of Admission)

Law Firm: Foley & Lardner
Address: 777 East Wisconsin Avenue
City, State Zip: Milwaukee, WI 53202-5367
Telephone: (414) 297-2400

Motion Granted; 
For the Court, Richard D. Sletten, Clerk MMC

JUN 24 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action.

JUN 24 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OFFICE OF THE CLERK

U.S. COURTHOUSE
300 SOUTH 4TH STREET, SUITE 202
MINNEAPOLIS, MN 55415

RICHARD D. SLETTEN, CLERK
(612) 664-5000

Case Number: 02-CV-291 DSD/JMM

PETITION FOR ADMISSION PRO HAC VICE

Affidavit of Movant

I, John Edward Connelly, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice Eric L. Maassen, an attorney admitted to practice in the Eastern District of Wisconsin, but not admitted to the bar of this court, who will be counsel for the plaintiff OmniQuip Textron, Inc. in the cause listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of these cases, and that I accept service of all papers served.

6/21/02
(Date)

(Signature)

Minnesota Attorney
License Number: 237656

Law Firm: Faegre & Benson LLP
Suite/Bldg: 2200 Wells Fargo Center
Street Address: 90 South Seventh Street
City, State Zip: Minneapolis, MN 55402
Telephone: (612) 766-7000

Affidavit of Proposed Admittee

I, Eric L. Maassen, am currently a member in good standing of the U.S. District Courts for the Eastern District of Wisconsin, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number: 02-CV-291 DSD/~~JMM~~ SRN Judge Assigned:
Case Title: OmniQuip Textron, Inc. and Trak International, Inc. v. Road Machinery & Supplies Co.

6/18/02
(Date)

Eric L. Maassen
(Type/Print Name)

(Signature)

[redacted]
(Social Security No.)

WIBN 1030812
(Atty. License No.)

1997
(Date of Admission)

Law Firm: Foley & Lardner
Address: 777 East Wisconsin Avenue
City, State Zip: Milwaukee, WI 53202-5367
Telephone: (414) 297-2400

Motion Granted; ______________________
For the Court, Richard D. Sletten, Clerk MMC

JUN 24 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action.

FILED JUN 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______