IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **OMNIQUIP TEXTRON, INC. and TRAK INTERNATIONAL, INC.,** | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 02-CV-291 DSD/SRN |
| | * | |
| **ROAD MACHINERY & SUPPLIES CO.,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

**STIPULATION** AND ORDER

The parties by their respective counsel hereby stipulate as follows:

1. The Plaintiffs may have until July 8, 2002 within which to file their opposition to the Defendant's Motion to Dismiss Counts 4 and 5 of the Amended Complaint.

2. The Plaintiffs may have until July 22, 2002 within which to respond to the Defendant's First Interrogatories and Requests for Production of Documents.

John P. Christiansen
Eric L. Maassen
FOLEY & LARDNER
777 E. Wisconsin Ave.
Milwaukee, WI 53202
(414) 271-2400
(414) 297-4900 – Fax

Direct Inquiries To:
(414) 297-5057 (JPC)
(414) 297-5585 (ELM)

7.2.02

J. Michael Dady
DADY & GARNER, P.A.
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2204
(612) 359-9000
(612) 359-3507

FILED JUL 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **OMNIQUIP TEXTRON, INC. and TRAK INTERNATIONAL, INC.,** | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 02-CV-291 DSD/SRN |
| | * | |
| **ROAD MACHINERY & SUPPLIES CO.,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

---

## ORDER

---

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that:

1. The Plaintiffs may have until July 8, 2002 within which to file their opposition to the Defendant's Motion to Dismiss Counts 4 and 5 of the Amended Complaint.

2. The Plaintiffs may have until July 22, 2002 within which to respond to the Defendant's First Interrogatories and Requests for Production of Documents.

Dated this 11th day of July, 2002.

Susan Richard Nelson
United States Magistrate Judge