**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **OmniQuip Textron, Inc. and Trak International, Inc.,** | ) | **Civil No. 02-CV-291-DSD/SRN** |
| | ) | |
| **Plaintiffs,** | ) | + Order |
| | ) | **STIPULATION FOR EXTENSION OF PRE-TRIAL DEADLINES** |
| vs. | ) | |
| | ) | |
| **Road Machinery & Supplies Co.,** | ) | |
| | ) | |
| **Defendant.** | | |

Pursuant to Federal Rule of Civil Procedure 29, the parties to the above action, by their respective counsel, stipulate that:

1. The Defendant may have until September 20, 2002 within which to respond to the Defendant's Interrogatories and Requests for Production of Documents;

2. The deadline for service of dispositive motions shall be extended to November 25, 2002;

3. The deadline for service of response memoranda to dispositive motions shall be extended to December 16, 2002;

4. The deadline for service of reply memoranda on dispositive motions and filing of all motion papers shall be extended to December 23, 2002;

5. The deadline for disclosure of the identity of expert witnesses, accompanied by the written report, by any party as to any issue on which it has the burden of proof, and any other expert report not a response or rebuttal shall be extended to February 10, 2003;

6. The deadline for disclosure of the identity of expert witnesses, accompanied by the written report, by any party desiring to present expert evidence in response to the expert reports of the party with the burden of proof shall be extended to March 3, 2003;

7. The deadline for the completion of all discovery shall be extended to March 24, 2003;

8. The deadline by which all non-dispositive motions and supporting documents, including those which relate to discovery, shall be filed and served shall be extended to March 28, 2003; and

AUG 23 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

9. The ready-for-trial date shall be extended to April 7, 2003.

Dated this 21st day of August, 2002.

FOLEY & LARDNER

Jon P. Christiansen
Eric L. Maassen
Attorneys for Plaintiffs

Address:
777 E. Wisconsin Avenue
Suite 3800
Milwaukee, WI 53202-5367
(414) 297-5557 (JPC)
(414) 297-5585 (ELM)
(414) 297-2400 fax

Dated this 22nd day of August, 2002.

DADY & GARNER, P.A.

J. Michael Dady (#2062)
Jennifer L. Gehrig (#285596)
Attorneys for Defendant

Address:
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 359-9000

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **OmniQuip Textron, Inc. and Trak International, Inc.,** | ) | **Civil No. 02-CV-291-DSD/SRN** |
| | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | | |
| | ) | **ORDER** |
| **Road Machinery & Supplies Co.,** | ) | |
| | ) | |
| **Defendant.** | | |

The parties have stipulated that:

1. The Defendant may have until September 20, 2002 within which to respond to the Defendant's Interrogatories and Requests for Production of Documents.

2. The deadline for service of dispositive motions shall be extended to November 25, 2002;

3. The deadline for service of response memoranda to dispositive motions shall be extended to December 16, 2002;

4. The deadline for service of reply memoranda on dispositive motions and filing of all motion papers shall be extended to December 23, 2002;

5. The deadline for disclosure of the identity of expert witnesses, accompanied by the written report, by any party as to any issue on which it has the burden of proof, and any other expert report not a response or rebuttal shall be extended to February 10, 2003;

6. The deadline for disclosure of the identity of expert witnesses, accompanied by the written report, by any party desiring to present expert evidence in response to the expert reports of the party with the burden of proof shall be extended to March 3, 2002;

7. The deadline for the completion of all discovery shall be extended to March 24, 2003;

8. The deadline by which all non-dispositive motions and supporting documents, including those which relate to discovery, shall be filed and served shall be extended to March 28, 2003; and

9. The ready-for-trial date shall be extended to April 7, 2003.

The Court, finding that, given the outstanding motion of Defendant to dismiss counts IV and V of Plaintiffs' Amended Complaint, and the ongoing settlement discussions of the parties, the pre-trial deadline on the above-referenced matter need to be extended, and it is

SO ORDERED that the parties stipulation is approved and that the parties shall comply with the above-stipulated pre-trial deadline extension.

Dated this 23rd day of August, 2002.

BY THE COURT:

Susan Richard Nelson

The Honorable Susan Richard Nelson
United States Magistrate Judge