IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| OMNIQUIP TEXTRON, INC. and TRAK INTERNATIONAL, INC., | * | |
| Plaintiffs, | * | Case No. 02-CV-291 DSD/SRN |
| v. | * | |
| ROAD MACHINERY & SUPPLIES CO., | * | |
| Defendant. | * | |

**STIPULATION AND ORDER FOR DISMISSAL**

The parties by their attorneys hereby stipulate that this action may be dismissed on the merits and with prejudice, but without costs to any party.

Dated:

Jon P. Christiansen
FOLEY & LARDNER
777 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: (414) 297-5557
Facsimile: (414) 297-4900

Attorneys for Plaintiffs
OmniQuip Textron Inc. and
Trak International, Inc.

Dated: 1-2-03

J. Michael Dady
Dady & Garner, P.A.
4000 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Milwaukee, Wisconsin 53202
Telephone: (414) 297-5557
Facsimile: (414) 297-4900

Attorneys for Defendant
Road Machinery & Supplies Co.

FILED 1-3-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Upon the foregoing stipulation, this action is dismissed on the merits and with prejudice, but without costs to any party.

Dates this 3rd day of January, 2003

United States District Court